STATE OF NEBRASKA, EX REL. FIRST NATIONAL BANK OF
    O'NEILL, V. DANIEL J. CRONIN, TREASURER OF HOLT
    COUNTY, NEBRASKA.

FILED NOVEMBER 16, 1904.   No. 13,665.

Mandamus.   The opinion in *State, ex rel. First National Bank of
    Atkinson, v. Cronin, ante,* p. 636, is approved and followed.   Per-
    emptory writ of mandamus allowed.

ORIGINAL application for a writ of mandamus to compel
respondent to deposit in relator bank its pro rata share
of the county funds.   *Writ allowed.*

*R. R. Dickson,* for relator.

*Arthur F. Mullen* and *M. F. Harrington, contra.*

BARNES, J.

The application herein for a peremptory writ of man-
damus was filed in this court at the same time that *State,
ex rel. First National Bank of Atkinson, v. Cronin, ante,*
p. 636, was commenced; and an alternative writ was
issued, returnable May 3, 1904.   The application was
based on a like state of facts, and the return to the alter-
native writ was the same as in the case above mentioned.
It appears that at the time the action was commenced the
relator had on deposit only $12,031.82 of the county funds,
when its pro rata share of said funds was $17,595.   Under
the undisputed facts, and the rule announced in the opin-
ion cited, the relator is entitled to the relief prayed for,
and a peremptory writ of mandamus is therefore allowed.

WRIT ALLOWED.